## Bycie Ann Lindsay, Appellant, v. Arthur Paris Lindsay and Chicago Terminal National Bank, Appellees.

### Gen. No. 45,989.

Rufus Sampson, for appellant; no appearance for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed May 28, 1953; released for publication June 24, 1953.